United States District Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| DAIANA MUZRAEVA,<br>Petitioner,<br><br>VS.<br><br>WARDEN, OPERATOR OF THE EAST,<br>HIDALGO DETENTION CENTER, ET AL.,<br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 7:26-CV-00485 |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL**

Pending before the Court is Petitioner, Daiana Muzraeva's, Unopposed Motion to Dismiss (Dkt. No. 7), which was referred to United States Magistrate Judge Juan F. Alanis for a Report and Recommendation ("R&R"). On November 4, 2026, the magistrate judge issued an R&R, recommending that Petitioner's motion be granted, and that the case be dismissed without prejudice. The time for filing objections has passed and no objections have been filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the R&R for clear error. "The advisory committee's note to Rule 72(b) states that, 'when no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Douglas v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)) (alteration in original), superseded by statute on other grounds, 28 U.S.C. § 636(b)(1). Finding no clear error, the Court adopts the R&R in its entirety. Accordingly, it is hereby **ORDERED** that Petitioner's motion is **GRANTED**, and that the case be **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

SO ORDERED November 19, 2026, at McAllen, Texas.

Arthur R. Jones
United States District Judge